

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

**ENTERED**
**07/07/2010**

IN RE:                                                           CASE NO: 09-50165-L2-13
DOUGLAS DE LEON

       DEBTOR

<u>**ORDER**</u>

    **CAME ON FOR CONSIDERATION**, Trustee's Motion to Pay Funds into the Registry of the Court under 11 U.S.C. Sec. 347(a), and the Court, having considered the Motion, is of the opinion that the Motion is well taken and the Court further finding that notice of said Motion is not required, it is therefore,

    **ORDERED** that William E. Heitkamp, Trustee is authorized to pay funds in the amount of $1,772.69, check# 584500, made payable to DOUGLAS DE LEON, 8708 PUERTO ISABEL, LAREDO, TX   78045, now held by him in the above styled and numbered case, together with any accrued interest thereon, into the registry of the Court.

    Signed this the ___**7TH**___ day of ___**July**___ 2010.

_____
DEPUTY CLERK

35