

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

ENTERED
08/24/2010

IN RE: § Case No. 09-50165-L2-13

Douglas De Leon

Debtor §

### ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Application for Payment of Unclaimed Funds (Docket No. __37__ ) is denied for the following reason(s):

1. _____  Applicant's signature is not notarized.

2. _____  Amount being requested is not the amount deposited on behalf of the original claimant.

3. _____  Application was not served on U.S. Attorney and U.S. Trustee.

4. _____  Proposed Order not filed by applicant.

5. _____  Sufficient documentation not provided to allow the Court to determine claimant's entitlement to the unclaimed funds.

6. ___X___  Other: Trustee has not deposited funds into Registry.

Signed _August 23, 2010_

_____
United States Bankruptcy Judge