UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

In re:                                                         Case No. 09-50165-L2-13

    DOUGLAS DE LEON

    Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    William E. Heitkamp, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/01/2009.

2) The plan was confirmed on 08/12/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/12/2010.

5) The case was dismissed on 03/17/2010.

6) Number of months from filing to last payment: 8.

7) Number of months case was pending: 15.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $26,167.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $11,600.00 |
| Less amount refunded to debtor | $1,772.69 |
| **NET RECEIPTS:** | **$9,827.31** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,085.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $414.03 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,499.03** |

Attorney fees paid and disclosed by debtor:     $1,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ABC/AMEGA INC | Unsecured | 259.50 | NA | NA | 0.00 | 0.00 |
| AMERICAN TRUCK INSURANCE SERV | Unsecured | 17,233.00 | NA | NA | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES | Unsecured | 1,177.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORPORATION | Unsecured | NA | 2,659.21 | 2,659.21 | 2,659.21 | 0.00 |
| BAY AREA CREDIT SRVC | Unsecured | 377.00 | NA | NA | 0.00 | 0.00 |
| COLLECTRITE INC | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| COUNTRYWIDE HOME LOANS INC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| COUNTRYWIDE HOME LOANS INC | Secured | 30,175.00 | 0.00 | 30,175.00 | 0.00 | 0.00 |
| DAVID F CHAPPELL | Unsecured | 18,783.13 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*** | Priority | 1,021.00 | 1,021.00 | 1,021.00 | 1,021.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 693.29 | 693.29 | 693.29 | 0.00 |
| MCCARTHY BURGESS & WOLFF | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 688.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 620.00 | 709.95 | 709.95 | 709.95 | 0.00 |
| PREMIER BANKCARD | Unsecured | 425.00 | 425.37 | 425.37 | 425.37 | 0.00 |
| SPRINT NEXTEL - DISTRIBUTIONS | Unsecured | NA | 1,410.25 | 1,410.25 | 1,410.25 | 0.00 |
| STATE OF ARKANSAS | Priority | 140.43 | NA | NA | 0.00 | 0.00 |
| TALBOTT COLLECTIONS | Unsecured | 584.00 | NA | NA | 0.00 | 0.00 |
| TEXAS STATE COMPTROLLER | Priority | 4,000.00 | 0.00 | 4,000.00 | 0.00 | 0.00 |
| TPG | Unsecured | 45,000.00 | NA | NA | 0.00 | 0.00 |
| UNITED ISD TAX COLLECTOR | Priority | 388.32 | 388.32 | 388.32 | 388.32 | 20.89 |
| WENDY FAYE WILLIAMS | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| WERNER ENTERPRISE | Unsecured | 5,513.51 | NA | NA | 0.00 | 0.00 |
| WILLIAM L.WHEATLEY | Unsecured | NA | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $30,175.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$30,175.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $5,409.32 | $1,409.32 | $20.89 |
| **TOTAL PRIORITY**: | **$5,409.32** | **$1,409.32** | **$20.89** |
| **GENERAL UNSECURED PAYMENTS**: | **$5,898.07** | **$5,898.07** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,499.03 |
| Disbursements to Creditors | $7,328.28 |
| **TOTAL DISBURSEMENTS** : | **$9,827.31** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/08/2010          By: /s/ William E. Heitkamp
                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0541-5           User: dhan                  Page 1 of 2                   Date Rcvd: Sep 09, 2010
Case: 09-50165                 Form ID: pdf012             Total Noticed: 30


The following entities were noticed by first class mail on Sep 11, 2010.
db           +Douglas De Leon,   c/o Rose Mary De Leon,   Attorney in Fact for Douglas De Leon,   419 Odell St,
               San Antonio, TX 78212-1856
cr           +United Independent School District,   c/o Ornelas, Castillo & Ornelas, PLLC,
               401 E. Hillside, 2nd Floor,   Laredo, TX 78041-3275
6302551       ABC/Amega Inc.,   1100 Main St.,   Buffalo, NY 14209-2356
6302553      +Arrow Financial Services,   5996 W Touhy Ave.,   Niles, IL 60714-4610
6302554      +Barrett, Burke, Wilson, Castle, Daffin,   & Frappier, LLP,   15000 Surveyor Blvd. Ste. 100,
               Addison, TX 75001-4417
6302556      +Collectrite Inc,   650 E Montana Ste 1,   Las Cruces, NM 88001-4294
6302557      +Countrywide Home Lending,   Attn: Bankruptcy SV-314B,   P.O. Box 5170,
               Simi Valley, CA 93062-5170
6302559      +David F. Chappell,   Cantey Hanger LLP,   600 W. 6th St. Ste. 300,   Fort Worth, TX 76102-6898
6302560      +First National Bank of Marin/Credit One,   Customer Service,   PO Box 98873,
               Las Vegas, NV 89193-8873
6302561      +First Premier Bank,   PO Box 5524,   Sioux Falls, SD 57117-5524
6304631      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:   INTERNAL REVENUE SERVICE (Chapter 13 Notice),   PO Box 21126,
               Philadelphia PA 19114-1294)
6302562      +Law Office of Carl M. Barto,   817 Guadalupe,   Laredo, TX 78040-5251
6302563      +McCarthy, Burgess & Wolff,   26000 Cannon Rd.,   Cleveland, OH 44146-1807
6517886      +Midland Credit Management Inc,   8875 Aero Drive Ste 200,   San Diego CA 92123-2255
6302564      +Midland Credit Mgmt,   8875 Aero Dr  Ste 200,   San Diego, CA 92123-2255
6354752      +NORTH STAR CAPITAL ACQUISITIONS LLC,   c o Jefferson Capital Systems LLC,   PO BOX 7999,
               SAINT CLOUD MN 56302-7999
6353422      +Premier Bankcard/Charter,   PO BOX 2208,   Vacaville CA 95696-8208
6375819       Sprint Nextel  Correspondence,   Attn Bankruptcy Dept,   PO Box 7949,
               Overland Park KS 66207-0949
6375820       Sprint Nextel Distribution,   Attn: Bankruptcy Dept,   P.O. Box 3326,   Englewood, CO 80155-3326
6302565       State of Arkansas,   Department of Finance and Administration,   Post Office Box 896,
               Little Rock, AR 72203-0896
6302568      +TPG,   30 Burton Hills Blvd. Ste. 576,   Nashville, TN 37215-6183
6302566      +Talbott Coll,   1603 Babcock,   San Antonio, TX 78229-4708
6302567       Texas Comtroller of Public Accounts,   111 E. 17th St.,   Austin, TX 78774-0100
6302569      +United I.S.D-Tax,   3501 E. Saunders,   Laredo, TX 78041-5444
6403152      +United Independent School District,   c/o Ornelas, Castillo & Ornelas, PLLC,
               401 E. Hillside, 2nd Floor,   Laredo, Texas 78041-3275
6302570      +Werner Enterprises,   P.O. Box 45308,   Omaha, NE 68145-0308
6302571      +William L. Wheatley,   Wheatley & Straussfogel,   135 Commerce St.,   Sevierville, TN 37862-3535
6302572      +Williams, Wendi & Jordan,   4516 Winslow Drive,   Strawberry Plains, TN 37871-5741
6302573      +Willimas, Wendi & Jordan,   4516 Winslow Drive,   Strawberry Plains, TN 37871-5741

The following entities were noticed by electronic transmission on Sep 09, 2010.
6473887      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                           Asset Acceptance LLC,
               PO BOX 2036,   Warren, MI 48090-2036
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6302558*     +Countrywide Home Lending,   Attn Bankruptcy SV-314B,   P.O. Box 5170,
               Simi Valley, CA 93062-5170
6302552      ##++AMERICAN TRUCK INSURANCE SERVICES, LLC,   2120 NORTHGATE PARK LN STE 102,
               CHATTANOOGA TN  37415-6937
              (address filed with court:  American Truck Insurance Services, LLC,
               One Northridge Park, Ste. 102,   Chattanooga, TN 37415)
6302555      ##+Bay Area Credit Servic,   97 E Brokaw Rd,   Suite 240,   San Jose, CA 95112-4209
                                                                                               TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0541-5          User: dhan              Page 2 of 2            Date Rcvd: Sep 09, 2010
Case: 09-50165                Form ID: pdf012         Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 11, 2010**          Signature:    *Joseph Speetjens*